12-2134-cv
Easton LLC v. Inc. Village of Muttontown

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13ᵗʰ day of December, two thousand twelve.

PRESENT: DENNIS JACOBS,
                              **Chief Judge**,
                    RALPH K. WINTER,
                              **Circuit Judge**,
                    LAURA TAYLOR SWAIN,
                              **District Judge**.*

- - - - - - - - - - - - - - - - - - - -X
**EASTON LLC, doing business in New York as Shillelagh Holdings LLC,**
          **Plaintiff-Appellant,**

          **-v.-**                                    12-2134

**INC. VILLAGE OF MUTTONTOWN,**
          **Defendant-Appellee,**
- - - - - - - - - - - - - - - - - - - -X

---

* Judge Laura Taylor Swain, of the United States District Court for the Southern District of New York, sitting by designation.

1

**FOR APPELLANT:**     STEPHEN P. CONLON, Law Office of Stephen P. Conlon, Cold Spring Harbor, New York.

**FOR APPELLEE:**     STEVEN G. LEVENTHAL, Leventhal, Cursio, Mullaney & Sliney, LLP, Roslyn, New York.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Boyle, <u>M.J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED** in part, **VACATED** and **REMANDED** in part.

Plaintiff Easton LLC ("Easton") appeals from the judgment of the United States District Court for the Eastern District of New York (Boyle, <u>M.J.</u>), dismissing the complaint. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

1. Easton did not obtain a final determination regarding its application for a hardship exemption from the moratorium, therefore, its federal takings, substantive due process, and equal protection claims are not ripe. <u>Williamson Cnty. Reg'l Planning Comm'n v. Hamilton Bank</u>, 473 U.S. 172, 194-95 (1985); <u>see also</u> <u>Dougherty v. Town of N. Hempstead Bd. of Zoning Appeals</u>, 282 F.3d 83, 88-89 (2d Cir. 2002).

2. Because Easton cannot show that the moratorium bears no rational relationship to any government purpose, Easton's facial challenges under federal law to the moratorium must also fail. <u>Natale v. Town of Ridgefield</u>, 170 F.3d 258, 263 (2d Cir. 1999); <u>Orange Lake Assocs., Inc. v. Kirkpatrick</u>, 21 F.3d 1214, 1225 (2d Cir. 1994).

3. The district court, however, did not explain why it was dismissing Easton's state law claims. We therefore vacate the dismissal of Easton's state law claims and remand to the district court for further consideration. We express no view as to the merits of Easton's state law claims.

For the foregoing reasons, and finding no merit in Easton's other arguments, we hereby **AFFIRM** the judgment of the district court to the extent it dismissed Easton's

2

federal claims, **VACATE** the judgment to the extent it dismissed Easton's state law claims, and **REMAND** for further consideration of the state law claims.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK